# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
7/21/16 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

***Conciliation Conference:***

**Debtor:** GEORGE A. PAUL
**Case Number:** 15-20387-CMB **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 14, 2016 10:30 AM 3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

***Matter:***

#33 - Continued Trustee's Certificate of Default to Dismiss

#36 - Continued Confirmation of Plan Dated 2/25/2016 - FC
**R / M #:** 33 / 0

***Appearances:***

Debtor: A Sted
Trustee: Winnecour / Bedford / Pail / Katz
Creditor: Pecarchik - Ocwen

COD continued to monitor payments + sale

***Proceedings:***

Outcome: CONFIRMATION ORDER TO BE SUBMITTED

1. _______ Case Converted to Chapter 7
2. _______ Case Converted to Chapter 11
3. _______ Case Dismissed without Prejudice
4. _______ Case Dismissed with Prejudice
5. _______ Debtor is to inform Court within _______ days their preference to Convert or Dismiss
6. _______ The plan payment/term is increased/extended to _____________, effective _______________.
7. #33 Plan/Motion continued to 12-15-16 at 9:00.
8. _______ An Amended Plan is to be served on all creditors and certificate of service filed by _______________.
   Objections are due on or before _______________.
   A hearing on the Amended Plan is set for _______________ at _______________.
9. _______ Contested Hearing: _______________ at _______________.
10. _______ Other: