# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-20387-CMB |
| | : | Chapter 13 |
| George A. Paul, | : | |
| | : | Document No. |
| Debtor | : | |
| | : | |
| George A. Paul, | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Ocwen Loan Servicng, | : | |
| | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under the penalty of perjury that I served a true and correct copy of the foregoing Motion to Approve Trial Modification, Proposed Order, Exhibit, and Notice of Hearing on Expedited Basis on August 3, 2016, by regular first Class Mail on the following parties:

Ronda Winnecour, Trustee
Suite 3250 – U. S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Ocwen Loan Servicing
Attn: Modifications
PO Box 24737
West Palm Beach, FL 33416
Service by Fax: 1-407-737-6174

Sherri J. Braunstein
Udren Law Offices, P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003
Service by Fax: 1-856-428-0442

Date: August 3, 2016          /s/ Lauren M. Lamb
                              Lauren M. Lamb, Esquire
                              Attorney for the Debtor
                              STEIDL & STEINBERG
                              2830 Gulf Tower
                              707 Grant Street
                              Pittsburgh, PA  15219
                              (412) 391-8000
                              P.A.I.D. No. 209201