IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| George A. Paul | ) | Case No.: 15-20387 CMB |
| | ) | Chapter 13 |
|     Debtor | ) | |
| _____ | ) | |
| George A. Paul | ) | Related Doc.: 58 |
| | ) | |
|     Movant, | ) | Hearing Date: 8/16/2016 |
| | ) | Response due: 8/15/2016 |
|     Vs. | ) | |
| Ocwen Loan Servicing | ) | |
|     Respondent | ) | |

## TRUSTEE'S RESPONSE TO MOTION TO APPROVE TRIAL MODIFICAITON

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. The Trustee recently discovered that Ocwen Loan Servicing had sent "streamlined trial modification letters" to counsel for bankruptcy debtors throughout Pennsylvania, many of which were for borrowers in the Western District.

2. Although the letters indicate that the trial payment period would begin in August, counsel for Ocwen has assured the Trustee that later start dates would be acceptable to Ocwen, as the August start date is impractical and problematic due to the fact that the letters were only sent in late July, while Bankruptcy Court approval is needed to implement the trial modification process.

3. The Trustee does not oppose the debtor's request for Court approval of the proposed trial loan modification, provided that September 2016 be the first month of the trial payment period.

WHEREFORE, the Trustee requests that approval of the debtor's motion be conditioned on the beginning month for the trial loan payments being made September 2016.

                                    RONDA J. WINNECOUR,
                                    CHAPTER 13 TRUSTEE

<u>8-4-16</u>                            by  <u>/s/ Richard J. Bedford</u>_____
Date                              Richard J. Bedford, PA I.D. 25069
                                    Attorney for Chapter 13 Trustee
                                    US Steel Tower – Suite 3250
                                    600 Grant St.
                                    Pittsburgh  PA  15219
                                 (412) 471-5566
                                    rbedford@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| George A. Paul | ) | Case No.: 15-20387 CMB |
| | ) | Chapter 13 |
|     Debtor | ) | |
| _____ | ) | |
| George A. Paul | ) | Related Doc.: 58 |
| | ) | |
|     Movant, | ) | Hearing Date: 8/16/2016 |
| | ) | Response due: 8/15/2016 |
|     Vs. | ) | |
| Ocwen Loan Servicing | ) | |
|     Respondent | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

George A. Paul
142 Maplehurst Drive
Aliquippa, PA  15001

Lauren M. Lamb, Esquire
Steidl & Steinberg
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

Joseph P. Schalk, Esquire
Phelan Hallinan Diamond & Jones LLP
126 Locust Street
Harrisburg, PA  17101

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222


<u>Aug. 4, 2016</u>                              S/ Amy T. Sabedra
Date                                                 Administrative Assistant
                                                        Office of the Chapter 13 Trustee
                                                        US Steel Tower – Suite 3250
                                                        600 Grant Street
                                                        Pittsburgh, PA  15219
                                                        412) 471-5566
                                                        cmecf@chapter13trusteewdpa.com