1:30 PM

## PROCEEDING MEMO

Date: August 16, 2016

In re: George A. Paul

Bankruptcy No. 15-20387-CMB
Chapter 13
Doc. # 58

Appearances: *Abby Steidl* ✓

Movant(s): ~~Lauren M. Lamb~~

Respondent(s): Winnecourt / Pail / Bedford / Katz

Creditor(s):

Nature of Proceeding: Expedited Hearing on Debtor's Motion to Approve Trial Modification

Additional Pleadings: #61 Certificate of Service; #62 Response by Trustee

Judge's Notes:

Outcome:

__✓__ Motion is GRANTED  __✓__ Order entered  *modified*

_____ Motion is DENIED  _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED  _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED  _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER:  _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed: Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

FILED
8/16/16 2:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge