# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-20387-CMB |
| | : | Chapter 13 |
| George A. Paul, | : | |
| | : | Related to Document No. 64 |
| Debtor | : | |
| | : | |
| George A. Paul, | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Ocwen Loan Servicng, | : | |
| | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under the penalty of perjury that I served a true and correct copy of the foregoing Order Approving Trial Modification on August 18, 2016, by regular first Class Mail on the following parties:

Ronda Winnecour, Trustee
Suite 3250 – U. S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Ocwen Loan Servicing
Attn: Modifications
PO Box 24737
West Palm Beach, FL 33416
Service by Fax: 1-407-737-6174

Sherri J. Braunstein
Udren Law Offices, P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003
Service by Fax: 1-856-428-0442

Date: August 18, 2016

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
P.A.I.D. No. 209201