IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 15-20387-CMB |
| | Chapter 13 |
| George A. Paul, | Related to: |
| | Document No. 58 |
| Debtor | |
| | |
| George A. Paul, | |
| | |
| Movant | |
| | |
| v. | |
| | |
| Ocwen Loan Servicng, | |
| | |
| Respondent | |

## ORDER OF COURT

AND NOW, to wit, this ___16th___ day of ___August___, 2016, it is hereby ORDERED, ADJUDGED, and DECREED that this Court approves the trial modification between the Debtor, George A. Paul, and the mortgage company, Ocwen Loan Servicing. The terms of the trial modification are effective ~~August~~ September 30, 2016 and the trustee is to disburse the modified monthly payment in the amount of $733.10 for the months of ~~August,~~ September, and October.

_____
United States Bankruptcy Judge

FILED
8/16/16 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
George A. Paul  
    Debtor

Case No. 15-20387-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: kthe      Page 1 of 1      Date Rcvd: Aug 16, 2016  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2016.  
db          +George A. Paul,   142 Maplehurst Drive,   Aliquippa, PA 15001-9114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2016 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Lauren M. Lamb    on behalf of Debtor George A. Paul julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dambrose@steidl-steinberg.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Co., as Trustee for Soundeview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 sbraunstein@udren.com, vbarber@udren.com  
         Sherri J. Braunstein    on behalf of Creditor    Deutsche Bank National Trust Co., as Trustee sbraunstein@udren.com, vbarber@udren.com  
         Stuart P. Winneg    on behalf of Creditor    Deutsche Bank National Trust Co., as Trustee swinneg@udren.com, cblack@udren.com

                                                                                                                         TOTAL: 8