# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** GEORGE A. PAUL
- **Case Number:** 15-20387-CMB   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 15, 2016 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
12/20/16 11:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#33 - Continued Trustee's Certificate of Default to Dismiss
R / M #: 33 / 0

**Appearances:**

- Debtor: K. Steidl
- Trustee: Winnecour / Bedford / Pail / Katz
- Creditor: Percardini for Ocwen

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to ____, effective ____.
7. ✓ Plan/Motion continued to 3/9/17 at 1:30 pm.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by ____.
   Objections are due on or before ____.
   A hearing on the Amended Plan is set for ____ at ____.
9. ____ Contested Hearing: ____ at ____.
10. ____ Other:

*Handwritten notes:* Informal LMP pending. Debtor waiting for permanent modification.

Also - find out status of Debtor's employment. Wage order if Debtor employed.

Depending on offer, Debtor may not sale property. If not satisfactory, will sell. No broker yet engaged.

12/7/2016   1:52:04PM