# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | GEORGE A. PAUL |
| Case Number: | 15-20387-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 09, 2017 01:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
3/13/17 1:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#33 - Continued Trustee's Certificate of Default to Dismiss
R / M #: 33 / 0

### Appearances:

Debtor: J Steidl

Trustee: Winnecour / Bedford / Pail / Katz

Creditor: Pecarchik - Deutsche Bank / Ocwen

Trial loan mod. pmts

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 7-6-17 at 9:30.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/1/2017    3:58:12PM