# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: GEORGE A. PAUL
- Case Number: 15-20387-CMB    Chapter: 13
- Date / Time / Room: THURSDAY, JULY 06, 2017 09:30 AM    3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
7/7/17 4:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#33 - Continued Trustee's Certificate of Default to Dismiss
R / M #:  33 / 0

**Appearances:** K. Steidl

Debtor:
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✗ Other: recommended order dismissing case

Pecarchik — Deutsche Bank

Counsel / debtor have no defense
T consents

Arrears > $7K.

Has not hired realtor

6/28/2017    2:08:33PM