**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **George A. Paul** | : | Case No. 15–20387–CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Issued Per July 6, 2017 Proceeding |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND
### TERMINATING WAGE ATTACHMENT

     *AND NOW,* this *7th day of July, 2017,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

     (1)   The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)   The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-20387-CMB
George A. Paul                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 1           Date Rcvd: Jul 07, 2017
                             Form ID: 309             Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2017.
db            +George A. Paul,    142 Maplehurst Drive,    Aliquippa, PA 15001-9114
13991970       +Deutsche Bank National Trust,    1661 Worthington Road,    Suite 100,
                 West Palm Beach, FL 33409-6493
14073194        Deutsche Bank National Trust Company,,    c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13991971        Mark Udren,    c/o Udren Law Offices, P.C.,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14067399       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 08 2017 02:47:10     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14013347        EDI: CAUT.COM Jul 08 2017 02:28:00     JP Morgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505, AZ1-1191,    Phoenix, AZ 85038-9505
13996828        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 08 2017 02:46:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
                                                                          TOTAL: 3


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Deutsche Bank National Trust Co., as Trustee
cr           Duquesne Light Company
cr           JPMorgan Chase Bank, N.A.
cr           Ocwen Loan Servicing, LLC as servicer for Deutsche
                                                                          TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
          Lauren M. Lamb    on behalf of Debtor George A. Paul
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
           brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
           inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for Deutsche
           Bank National Trust Co., as Trustee for Soundeview Home Loan Trust 2006-OPT5, Asset-Backed
           Certificates, Series 2006-OPT5 sbraunstein@udren.com,   vbarber@udren.com
          Sherri J. Braunstein    on behalf of Creditor    Deutsche Bank National Trust Co., as Trustee
           sbraunstein@udren.com,   vbarber@udren.com
          Stuart P. Winneg    on behalf of Creditor    Deutsche Bank National Trust Co., as Trustee
           swinneg@udren.com,   cblack@udren.com
                                                                          TOTAL: 9