**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> GEORGE A. PAUL <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:15-20387 <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/06/2015 and confirmed on 04/16/2015 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 20,228.50 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,228.50 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,941.48 | |
| Trustee Fee | 791.23 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,732.71 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - T <br> Acct: 5639 | 0.00 | 10,783.10 | 0.00 | 10,783.10 |
| DEUTSCHE BANK NATIONAL TRUST CO - T <br> Acct: XXXXXXXXXX2/15 | 18,079.38 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA <br> Acct: 7445 | 6,485.59 | 5,047.39 | 665.30 | 5,712.69 |
| | | | | 16,495.79 |
| **Priority** | | | | |
| LAUREN M LAMB ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GEORGE A. PAUL <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG <br> Acct: | 3,400.00 | 2,941.48 | 0.00 | 0.00 |
| PA DEPT OF REVENUE** <br> Acct: 8486 | 285.79 | 0.00 | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST CO - T <br> Acct: 5639 | 550.00 | 0.00 | 0.00 | 0.00 |

| 15-20387 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | | |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY* | 892.57 | 0.00 | 0.00 | 0.00 |
| | Acct: 8486 | | | | |
| | PA DEPT OF REVENUE** | 13.95 | 0.00 | 0.00 | 0.00 |
| | Acct: 8486 | | | | |
| | * * * N O N E * * * | | | | |

TOTAL PAID TO CREDITORS                                                                                         16,495.79

TOTAL CLAIMED
PRIORITY           835.79
SECURED         24,564.97
UNSECURED         906.52


Date: 08/23/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com